## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR42** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ADRIAN L. HUDSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Motion to Withdraw (Filing No. 32) is scheduled for hearing before the undersigned magistrate judge at **10:00 a.m. on September 7, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 1st day of September, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge